CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 2 8 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CASSIDY ARNOLD, a Minor<br>By and Through Her Natural Mother<br>and Legal Guardian, TINA R. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE CO.,<br><br>    Defendant. | Civil Action No. 7:07CV00093<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED

that the plaintiff's motion for full and fair *de novo* hearing on the merits or opening of administrative record shall be and hereby is DENIED.

The Clerk of Court is hereby directed to send copies of this order to all counsel of record.

ENTER: This 27th day of December, 2007.

                                                                  /s/ Glen E. Conrad
                                                        United States District Judge